STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

REEWAS RAHEEM,

        Plaintiff,

-vs-

FRANKENMUTH INSURANCE COMPANY,
and ROBERT PARZYNSKI,

        Defendants.

USDC Case No. 2:26-cv-10430

Macomb County Circuit Court
Case No. 2026-000004-NI
Hon. Jennifer Faunce

_____/

| | |
|---|---|
| DEWNYA A. BAZZI (P75310) | KAITLYN A. CRAMER (P77699) |
| PRISCILLA ESQUIVEL (P84523) | KRISTY K. HAJJAR (P87085) |
| At Law Group, PLLC | McDonald Baas & Livingston, PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant Frankenmuth |
| 3 Parklane Blvd, Suite 400W | 2600 W. Big Beaver Road, Suite 105 |
| Dearborn, MI 48126 | Troy, MI 48084 |
| (313) 406-7606; Fax: (313) 443-2397 | (248) 970-8484; Fax: (248) 294-1380 |
| db@atlawgroup.com | Kaitlyn.cramer@mblfirm.com |
| pe@atlawgroup.com | Kristy.hajjar@mblfirm.com |

_____/

**STIPULATED ORDER TO REMAND TO MACOMB CIRCUIT COURT**

At a session of said court, held in the
State of Michigan, on: February 27, 2026

PRESENT: Terrence G. Berg
FEDERAL COURT JUDGE

This matter having come before the Court by stipulation of the parties, and the

Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that this matter shall be remanded to Macomb County Circuit Court.

**IT IS SO ORDERED**.

**This is a final Order as to the Federal proceedings.**

<u>**s/Terrence G. Berg**</u>
U.S. DISTRICT COURT JUDGE

It is so stipulated:


<u>*/s/ Dewnya A. Bazzi  (w/ permission)*</u>
DEWNYA A. BAZZI (P75310)
PRISCILLA ESQUIVEL (P84523)
At Law Group, PLLC
Attorneys for Plaintiff


<u>*/s/ Kristy K. Hajjar*</u>         .
KAITLYN A. CRAMER (P77699)
KRISTY K. HAJJAR (P87085)
McDonald Baas & Livingston, PLLC
Attorneys for Defendant